# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| SEATON H. LETTS, | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO.: CV514-61 |
| WARDEN T. JOHNS, | * |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss, or in the alternative, for Summary Judgment, dkt. no. 7, is **GRANTED**. Letts' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 13 day of May, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)